IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| DEBRA HELTON, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-CV-404(MTT) |
| | * |
| THE GEO. D. WARTHEN BANK, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated February 28, 2023, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendant.  Plaintiff shall recover nothing of Defendant.  Defendant shall also recover costs of this action.

This 1st day of March, 2023.

David W. Bunt, Clerk

s/ Erin L. Pettigrew, Deputy Clerk